**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

Southern                District of    New York
_____                            _____
                                        (State)

Case number (*If known*): _____ Chapter 15

☐ Check if this is an
   amended filing

Official Form 401

# Chapter 15 Petition for Recognition of a Foreign Proceeding    12/15

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write debtor's name and case number (if known).

| | | |
|---|---|---|
| 1. | **Debtor's name** | Valor Management Ltd. |

2. **Debtor's unique identifier**

> **For non-individual debtors:**
>
> ☐ Federal Employer Identification Number (EIN)  ___ ___ – ___ ___ ___ ___ ___ ___ ___
>
> ☒ Other   50053   . Describe identifier   Registrar of Companies in Bermuda
>
> **For individual debtors:**
>
> ☐ Social Security number:   xxx – xx– ____ ____ ____ ____
>
> ☐ Individual Taxpayer Identification number (ITIN):  **9** xx – xx – ____ ____ ____ ____
>
> ☐ Other _____ . Describe identifier _____ .

3. **Name of foreign representative(s)**

Michael W. Morrison and Mark B. Allitt of KPMG Advisory Limited

4. **Foreign proceeding in which appointment of the foreign representative(s) occurred**

Liquidation under the Companies Act 1981, a Bermuda statute, pending before the Supreme Court of Bermuda.

5. **Nature of the foreign proceeding**

*Check one:*

☐ Foreign main proceeding
☐ Foreign nonmain proceeding
☒ Foreign main proceeding, or in the alternative foreign nonmain proceeding

6. **Evidence of the foreign proceeding**

☒ A certified copy, translated into English, of the decision commencing the foreign proceeding and appointing the foreign representative is attached.

☐ A certificate, translated into English, from the foreign court, affirming the existence of the foreign proceeding and of the appointment of the foreign representative, is attached.

☒ Other evidence of the existence of the foreign proceeding and of the appointment of the foreign representative is described below, and relevant documentation, translated into English, is attached. Additional order granting authority to foreign representatives.

7. **Is this the only foreign proceeding with respect to the debtor known to the foreign representative(s)?**

☐ No. (Attach a statement identifying each country in which a foreign proceeding by, regarding, or against the debtor is pending.)

☒ Yes

Debtor    Valor Management Ltd._____    Case number *(if known)*_____
       Name

---

8.  **Others entitled to notice**    Attach a list containing the names and addresses of:

(i)   all persons or bodies authorized to administer foreign proceedings of the debtor,

(ii)  all parties to litigation pending in the United States in which the debtor is a party at the time of filing of this petition, and

(iii) all entities against whom provisional relief is being sought under § 1519 of the Bankruptcy Code.

---

9.  **Addresses**

**Country where the debtor has the center of its main interests:**

Bermuda_____

**Debtor's registered office:**

4 Par-La-Ville Road_____
Number       Street

_____
P.O. Box

Hamilton HM 08_____
City          State/Province/Region     ZIP/Postal Code

Bermuda_____
Country

**Individual debtor's habitual residence:**

_____
Number       Street

_____
P.O. Box

_____
City          State/Province/Region     ZIP/Postal Code

_____
Country

**Address of foreign representative(s):**

4 Par-La-Ville Road_____
Number       Street

_____
P.O. Box

Hamilton HM 08_____
City          State/Province/Region     ZIP/Postal Code

Bermuda_____
Country

---

10.  **Debtor's website** (URL)    N/A_____

---

11.  **Type of debtor**

*Check one:*

☒ Non-individual (*check one*):

   ❑ Corporation.  Attach a corporate ownership statement containing the information described in Fed. R. Bankr. P. 7007.1.

   ❑ Partnership

   ☒ Other.  Specify: Bermuda exempted company with limited liability_____

☐ Individual

---

| Debtor | Valor Management Ltd. | Case number (if known) |
|---|---|---|
| | Name | |

**12. Why is venue proper in this district?**

*Check one:*

☒ Debtor's principal place of business or principal assets in the United States are in this district.

☐ Debtor does not have a place of business or assets in the United States, but the following action or proceeding in a federal or state court is pending against the debtor in this district:

_____

☐ If neither box is checked, venue is consistent with the interests of justice and the convenience of the parties, having regard to the relief sought by the foreign representative, because:

_____

**13. Signature of foreign representative(s)**

I request relief in accordance with chapter 15 of title 11, United States Code.

I am the foreign representative of a debtor in a foreign proceeding, the debtor is eligible for the relief sought in this petition, and I am authorized to file this petition.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct,

✗ _____           Mark B. Allitt
Signature of foreign representative                          Printed name

Executed on   04  08  2021
             MM / DD / YYYY

_____           _____
Signature of foreign representative                          Printed name

Executed on _____
             MM / DD / YYYY

**14. Signature of attorney**

✗ _____           Date   04    08    2021
Signature of Attorney for foreign representative               MM   / DD   / YYYY

R. Adam Swick
Printed name
Reid Collins & Tsai LLP
Firm name
330 West 58th Street, Suite 403
Number          Street
New York                                     NY        10119
City                                         State     ZIP Code

(212) 344-5200                               aswick@reidcollins.com
Contact phone                                Email address

5136270                                      NY
Bar number                                   State

**Valor Management Ltd.**
**<u>Official Form 401 Chapter 15 Voluntary Petition Attachments</u>**

Item 6.  Certified English translations of the decisions commencing the foreign proceeding, appointing the foreign representatives, and granting them additional powers.

IN THE SUPREME COURT OF BERMUDA

(COMMERCIAL COURT)

COMPANIES (WINDING-UP)

2020: No. 363

IN THE MATTER OF VALOR MANAGEMENT LTD ("Company")

AND IN THE MATTER OF THE COMPANIES ACT 1981

---

### ORDER

---

**UPON** the Company's winding up Petition dated 13 October 2020 ("Petition")

**AND UPON** hearing counsel for the Petitioner

**IT IS ORDERED THAT:**

1. The Company shall be wound up by this Court under the provisions of the Companies Act 1981.
2. The Court hereby appoints Mr Michael W Morrison and Mark B Allitt of KPMG Advisory Limited, Crown House, 4 Par-la-Ville Road, Hamilton HM 08, Bermuda as Joint Provisional Liquidators of the Company.
3. The Joint Provisional Liquidators shall have the powers of a liquidator set out in section 175 of the Companies Act 1981.
4. The time for holding the first meetings of creditors and contributories be extended until 6 months from the date of this Order.
5. The costs of Petition shall be paid out of the assets of the Company.

DATED this 18th day of December 2020

_____
The Hon. Chief Justice

Certified A True and Correct Copy

Sam Riihiluoma
**Commissioner for Oaths**
Canon's Court
22 Victoria Street
PO Box HM 1179
Hamilton HM EX
Bermuda

Date: 30 March 2021

IN THE SUPREME COURT OF BERMUDA

(COMMERCIAL COURT)

COMPANIES (WINDING UP)

2020: No. 363

IN THE MATTER OF VALOR MANAGEMENT LTD

AND IN THE MATTER OF THE COMPANIES ACT

1981

---

**ORDER**

---



**APPLEBY (BERMUDA) LIMITED**

Canon's Court, 22 Victoria Street

Hamilton HM 12, Bermuda

Attorneys for the Petitioner

Ref: JSW/SER/430457.0011

**IN THE SUPREME COURT OF BERMUDA**
**COMPANIES (WINDING UP)**
**COMMERCIAL COURT**
**2020: No. 363**

CERTIFIED TRUE COPY
KEHINDE A. L. GEORGE
Barrister & Attorney of the
Supreme Court of Bermuda
Commissioner for Oaths
ASW Law Limited
Date:

**IN THE MATTER OF VALOR MANAGEMENT LTD**
**AND IN THE MATTER OF THE COMPANIES ACT 1981**

---

### ORDER

---

UPON THE APPLICATION by ex parte summons of the Joint Provisional Liquidators of Valor Management Ltd.

AND UPON READING the second affidavit of Mark Allitt

**IT IS HEREBY ORDERED THAT:**

1. Pursuant to section 173(4) of the Companies Act 1981 (the "Companies Act") and with retrospective effect from the date of the appointment of the JPLs, any act which by the Companies Act is required or authorised to be done by a liquidator may be done by both or any one of the JPLs;

2. Pursuant to section 175(1)(a) of the Companies Act, the JPLs are authorised to commence proceedings in the US Bankruptcy Court for recognition of these proceedings and their appointment and other relief under chapter 15 of the US Bankruptcy Code;

3. Pursuant to section 175(1)(c) of the Companies Act, the JPLs shall have the power to retain and employ barristers, attorneys and/or such agents or professional persons as the JPLs deem fit for the purpose of advising and assisting in the execution of their powers, and any such retention or employment of any barristers, attorneys and/or

such agents or professional persons by the JPLs not sanctioned prior to the date of this order is hereby sanctioned; and

4.  The costs of this application shall be paid out of the assets of the Company on the indemnity basis.

**DATED** this    5    day of April 2021

_____
CHIEF JUSTICE / PUISNE JUDGE

**IN THE SUPREME COURT OF BERMUDA**
**COMPANIES (WINDING UP)**
**COMMERCIAL COURT**
**2020: No. 363**

**IN THE MATTER OF VALOR MANAGEMENT LTD**
**AND IN THE MATTER OF THE COMPANIES ACT 1981**

---

**ORDER**

---





ASW Law Limited | Crawford House
50 Cedar Avenue | Hamilton, HM11
BERMUDA

**Attorneys to the Joint Provisional Liquidators**
KALG/1002-048

**Valor Management Ltd.**
**Official Form 401 Chapter 15 Voluntary Petition Attachments**

Item 7.  Statement Identifying Foreign Proceedings.

REID COLLINS & TSAI LLP
William T. Reid, IV
Angela J. Somers
R. Adam Swick
Yonah Jaffe
330 West 58th Street, Suite 403
New York, New York 10119
Tel.: (212) 344-5200

Craig A. Boneau (*pro hac vice* pending)
1301 S Capital of Texas Hwy
Building C, Suite 300
Austin, Texas 78746
Tel.: (512) 647-6100

*Counsel to the Foreign Representatives*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 15 |
| Valor Management Ltd.,[1] | Case No. 21- |
| Debtor in a Foreign Proceeding. | |

**STATEMENT OF FOREIGN REPRESENTATIVES**
**PURSUANT TO 11 U.S.C. § 1515(c) OF THE BANKRUPTCY CODE**

Pursuant to 11 U.S.C. § 1515(c), Mark B. Allitt of KPMG Advisory Limited ("**KPMG**"),

as one of the foreign representatives ("**Petitioners**") of VL Assurance (Bermuda) Ltd. ("**VL**

**Assurance**"), Valor Group Ltd. ("**VGL**"), and Valor Management Ltd. ("**Valor Management**,"

and collectively with VL Assurance and VGL the "**VL Bermuda Debtors**"), hereby declares,

pursuant to 28 U.S.C. § 1746, under penalty of perjury under the laws of the United States of

America as follows:

---

[1] Valor Management Ltd.'s Bermuda corporate registration number is 50053 and has its registered officers located at 44 Par-la-Ville Road, Hamilton HM 08, Bermuda.

The VL Bermuda Debtors are debtors in foreign proceedings (the "**Bermuda Proceedings**"), currently before the Supreme Court of Bermuda (Commercial Court) (the "**Bermuda Court**").  Valor Management, specifically, is a debtor in the Bermuda Proceedings in Case No. 363 of 2020 (the "**Valor Management Bermuda Proceeding**"), as defined in section 101(23) of title 11 of the United States Code (the "**Bankruptcy Code**").

I have been informed that section 1515(c) of the Bankruptcy Code provides that a "petition for recognition shall also be accompanied by a statement identifying all foreign proceedings with respect to the debtors that are known to the foreign representative."

I believe that the Valor Management Bermuda Proceeding is a "foreign main proceeding" as defined in section 1502(4) of the Bankruptcy Code. The registered offices of the VL Bermuda Debtors are all at KPMG at 4 Par-la-Ville Road, Hamilton, HM 08 Bermuda.

The Valor Management Bermuda Proceeding is the only foreign proceeding, as such term is defined in section 101 (23) of the Bankruptcy Code, with respect to Valor Management.

I respectfully submit this statement, as required by section 1515(c) of the Bankruptcy Code, in support of the petition and verified petition filed herewith seeking recognition by this Court of the Bermuda Proceedings as foreign main proceedings.

Petitioners reserve their right to amend and supplement this statement at any time.

*[Remainder of page intentionally left blank]*

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge, information, and belief.

Executed this 7b day of April 2021, in Hamilton, Bermuda.

Mark B. Allitt

**Valor Management Ltd.**
**<u>Official Form 401 Chapter 15 Voluntary Petition Attachments</u>**

Item 8.  Disclosure Pursuant to Rule 1007(a)(4) of the Federal Rules of Bankruptcy Procedure.

**REID COLLINS & TSAI LLP**

William T. Reid, IV
Angela J. Somers
R. Adam Swick
Yonah Jaffe
330 West 58th Street, Suite 403
New York, New York 10119
Tel.: (212) 344-5200

Craig A. Boneau (*pro hac vice* pending)
1301 S Capital of Texas Hwy
Building C, Suite 300
Austin, Texas 78746
Tel.: (512) 647-6100

*Counsel to the Foreign Representatives*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 15 |
| Valor Management Ltd.,[1] | Case No. 21- |
| Debtor in a Foreign Proceeding. | |

## <u>DISCLOSURE PURSUANT TO BANKRUPTCY RULE 1007(a)(4)</u>

Pursuant to 11 U.S.C. § 1515(c) and Rule 1007(a)(4) of the Federal Rules of Bankruptcy

Procedure, Mark B. Allitt of KPMG Advisory Ltd. ("**KPMG**"), as one of the foreign

representatives of VL Assurance (Bermuda) Limited ("**VL Assurance**"), Valor Group Ltd.

("**VGL**"), and Valor Management Ltd. ("**Valor Management**," and collectively with VL

Assurance and VGL the "**VL Bermuda Debtors**"), hereby declares, pursuant to 28 U.S.C.

§ 1746, under penalty of perjury under the laws of the United States of America as follows:

---

[1] Valor Group Ltd.'s Bermuda corporate registration number is 50053 and has its registered officers located at 44 Par-la-Ville Road, Hamilton HM 08, Bermuda.

## I.    Administrators in Foreign Proceedings of the Debtors

The names and addresses of the duly appointed foreign representatives of Valor

Management are as follows:

> Michael W. Morrison and Mark B. Allitt
> Joint Provisional Liquidators for VL Assurance (Bermuda) Limited, Valor Group Ltd.,
> and Valor Management Ltd.
> KPMG Advisory Limited
> Crown House, 4 Par-la-Ville Road, Hamilton, HM 08 Bermuda

No other persons or bodies are authorized to administer any foreign proceeding of Valor

Management.

## II.    Parties to Litigation Pending in the United States

Upon information and belief, Valor Management is not a party to any litigation pending

in federal or state court in the United States of America.

## III.    Entities Against Whom Provisional Relief is Sought

Petitioners are not seeking provisional relief from any entity at this time and reserve all

rights to seek such relief in the future.

Petitioners reserve their right to amend and supplement this statement at any time.

*[Remainder of page intentionally left blank]*

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge, information, and belief.

Executed this ⬭ day of April 2021, in Hamilton, Bermuda.

Mark B. Allitt

3

**Valor Management Ltd.**
**Official Form 401 Chapter 15 Voluntary Petition Attachments**

Item 11.  A corporate ownership statement containing the information described in Rule 7007.1 of the Federal Rules of Bankruptcy Procedure.

REID COLLINS & TSAI LLP
William T. Reid, IV
Angela J. Somers
R. Adam Swick
Yonah Jaffe
330 West 58th Street, Suite 403
New York, New York 10119
Tel.: (212) 344-5200

Craig A. Boneau (*pro hac vice* pending)
1301 S Capital of Texas Hwy
Building C, Suite 300
Austin, Texas 78746
Tel.: (512) 647-6100

*Counsel to the Foreign Representatives*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 15 |
| Valor Management Ltd.,[1] | Case No. 21- |
| Debtor in a Foreign Proceeding. | |

## <u>STATEMENT OF CORPORATE OWNERSHIP</u>

Pursuant to Rules 1007(a)(1) and 7007.1 of the Federal Rules of Bankruptcy Procedure, Mark B. Allitt of KPMG Advisory Limited ("**KPMG**"), as one of the foreign representatives ("**Petitioners**") of VL Assurance (Bermuda) Ltd. ("**VL Assurance**"), Valor Group Ltd. ("**VGL**"), and Valor Management Ltd. ("**Valor Management**," and collectively with VL Assurance and VGL the "**VL Bermuda Debtors**"), hereby declares, pursuant to 28 U.S.C. § 1746, under penalty of perjury under the laws of the United States of America as follows:

---

[1] Valor Management Ltd.'s Bermuda corporate registration number is 50053 and has its registered officers located at 44 Par-la-Ville Road, Hamilton HM 08, Bermuda.

Based on my diligent review of the VL Bermuda Debtors' books and records to date, VGL owns 100% of the common shares of Valor Management.

Petitioners reserve their right to amend and supplement this statement at any time.

*[Remainder of page intentionally left blank]*

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge, information, and belief.

Executed this 16 day of April 2021, in Hamilton, Bermuda.

Mark B. Allitt